UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FABIAN LOPEZ BENITEZ,

Petitioner,

v. Case No. 3:26-cv-2182-MMH-LLL

WARDEN, NORTH FLORIDA DETENTION FACILITY and U.S. ATTORNEY GENERAL,

Respondents.

---

**ORDER**

Petitioner Fabian Lopez Benitez, an immigration detainee, initiated this action by filing a pro se Petition for Writ of Habeas Corpus (Doc. 1) on August 21, 2026. The crux of Lopez Benitez's Petition is that he is subject to discretionary detention under 8 U.S.C. § 1226(a), which entitles him to a bond hearing. See Doc. 1 at 3. As relief, he asks the Court to direct his immediate release or, in the alternative, direct Respondents to provide him with an individualized bond hearing. Id. at 5.

Lopez Benitez received a bond hearing during which the immigration judge denied bond because Lopez Benitez is a "danger to the community." Doc. 8-2 at 3. Therefore, the Court finds the Petition to be moot.[1] To the extent Lopez

[1] Lopez Benitez is not entitled to immediate release. See Portillo v. Gualtieri, No. 8:26-CV-1718-KKM-LSG, 2026 WL 2069943, at *2 (M.D. Fla. July 17, 2026)

Benitez disagrees with the outcome of the bond hearing, he may appeal the immigration judge's decision to the Board of Immigration Appeals. See 8 C.F.R. § 1003.1(b)(7). Or, he may seek a new bond hearing if he can demonstrate a material change in circumstances since the prior bond redetermination. See 8 C.F.R. § 1003.19(e).

Accordingly, it is **ORDERED**:

1. Lopez Benitez's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED as moot**.

2. Lopez Benitez's request for a preliminary injunction (Doc. 3) and Respondent Warden's Motion to Dismiss (Doc. 9) are **DENIED as moot**.

3. The **Clerk** is directed to terminate any motions, enter judgment dismissing the Petition as moot, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of September, 2026.

Marcia Morales Howard
**MARCIA MORALES HOWARD**
United States District Judge

("Because a bond hearing provides adequate procedure, the 'comfortable majority position' remains that a habeas petitioner is entitled only to a bond hearing, not immediate release." (quoting Molina v. Warden, Glades Cnty. Det. Ctr., No. 2:26-CV-2009-KCD-KRH, 2026 WL 1965132, at *1 (M.D. Fla. July 8, 2026))).

Jax-9 9/3
c:
Fabian Lopez Benitez, #A220824340
Counsel of record